**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| LAVERN TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 14-CV-00764-CVE-TLW |
| | ) | |
| vs. | ) | |
| | ) | |
| D.J. ROOFING SUPPLY, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff Lavern Taylor, and Defendant D.J. Roofing Supply, Inc., (the "Parties"), that the above styled cause of action, including all claims and affirmative defenses is hereby and herein dismissed with prejudice pursuant to the Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.


Approved and Agreed to By:

/s/Daniel E. Smolen
Daniel E. Smolen, OBA #19943
Lauren G. Lambright, OBA #22300
**SMOLEN, SMOLEN & ROYTMAN, PLLC**
701 South Cincinnati Avenue
Tulsa, Oklahoma  74119
Telephone:  (918) 585-2667
Facsimile:  (918) 585-2669
Email:  danielsmolen@ssrok.com
Email:  laurenlambright@ssrok.com
**ATTORNEYS FOR PLAINTIFF**



/s/J. Patrick Cremin
J. Patrick Cremin, OBA #2013

-2-

Conor P. Cleary, OBA #30046
320 South Boston Avenue, Suite 200
Tulsa, OK 74103-3706
Telephone: (918) 594-0594
Facsimile: (918) 594-0505
Email: pcremin@hallestill.com
Email: ccleary@hallestill.com
**ATTORNEYS FOR DEFENDANT**